IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER HOLMES et al., *on behalf
Of themselves and all similarly situated persons*,
    Plaintiffs,

v.                                              Civil Action No. 3:22cv487

ELEPHANT INSURANCE COMPANY, et al.,
    Defendants.

## ORDER

This matter comes before the Court on the defendants' motion to dismiss the plaintiffs' consolidated class action complaint. (ECF No. 27.) For the reasons stated in the accompanying Opinion, the Court GRANTS the defendants' motion and DISMISSES the complaint. Accordingly, the Court DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 26 June 2023
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge