**Appendix 2**

**ESI Metadata and Coding Fields**

| Field | Description | Must Be Populated |
|---|---|---|
| BegBates | Beginning Bates number of the document | yes |
| EndBates | Ending Bates number of the document | yes |
| BegAttach | Beginning Bates number of the attached documents | yes |
| EndAttach | Ending Bates number of the attached documents | yes |
| AttachRange | Bates number of the first page of the parent document to the Bates number of the last page of the last attachment "child" document | yes |
| Page Count | Total number of pages in the document | yes |
| Attachment Count | Indicates the number of attachments to the parent document | yes |
| Custodian | Natural person, group, department, entity, *etc.* in whose possession the document was found.  Custodian names, including those listed within the "Additional Custodian" field, should be uniform and unambiguous per Custodian. | yes |
| Additional Custodian | Other natural person(s), group(s), department(s), entity(ies), *etc.* in whose possession the document was found if duplicate versions of the document are not produced | no |
| File Size | Size in kilobytes (KB) of the document | yes |
| NativeLink | Relative file path to each native document in the production (This field will be produced with all native ESI). | yes |
| TextPath | The relative path to the corresponding OCR or extracted text file included with a production volume | yes |
| Hash Value | MD5 or SHA-1 Hash value, unique document identifier | yes |
| Confidential | "Confidential" to indicate that the document has been designated Confidential.  "Highly Confidential" to indicate that the document has been designated Highly Confidential. Otherwise, this field should be null. | no |
| Redacted | Yes or No indication of whether the document at issue is redacted. | yes |
| Author | Author field extracted from the metadata of the native file | yes |

22

| Field | Description | Must Be Populated |
|---|---|---|
| From | Email sender | no |
| Agent ID | If the item was created by someone on behalf of the email account owner, ID of the agent who created/sent the item | |
| To | Person to whom an email is addressed | no |
| CC | Recipient(s) of "carbon copies" of the email message | no |
| BCC | Recipient(s) of "blind carbon copies" of the email message | no |
| Subject | Subject field extracted from the metadata of the native file | no |
| Date Sent | Date the email message was sent (produced in MM/DD/YYYY format) | no |
| Time Sent | Time the email message was sent (produced in HH:MM AM/PM) | no |
| Date Received | Date the email message was received (produced in MM/DD/YYYY format) | |
| Time Received | Time the email message was received (produced in HH:MM AM/PM) | |
| Importance | For emails, "High," "Low," or "Normal" (or equivalent if an email client other than Outlook was used); Null if no value selected | yes |
| Sensitivity | For Outlook (or equivalent) emails, "Normal," "Private," "Personal," or "Confidential"; Null if no value selected | |
| Follow Up Flag | System data; Null if no status | |
| Read Status | Read or Unread | |
| Has Attachments | Indicates that an email has attachments | no |
| Email Folder Path | The original email folder | |
| File Type | Email, attachment, individual file, paper, etc. | yes |
| File Extension | File extension of document (.msg, .docx, .xlsx, etc.) | yes |

23

| Field | Description | Must Be Populated |
|---|---|---|
| File Name | Name of original file | yes |
| Original Path | The original file path for non-email ESI | |
| Additional Path | The original file path for non-email ESI that is deduplicated | |
| Title | Title of a non-email document (Microsoft Title field) | yes |
| Date Created | For non-emails (produced in MM/DD/YYYY format) | yes |
| Time Created | For non-emails (produced in HH:MM AM/PM format) | yes |
| Date Last Modified | For non-emails (produced in MM/DD/YYYY format) | yes |
| Time Last Modified | For non-emails (produced in HH:MM AM/PM format) | yes |
| Date Last Accessed | For non-emails (produced in MM/DD/YYY format) | yes |
| Time Last Accessed | For non-emails (produced as HH:MM AM/PM | yes |
| Last Modified | Person who last modified a document | yes |
| Track Changes | "Yes" to indicate that the document includes tracked changes. Otherwise, this field should be null. | no |
| Marginalia | For hard-copy documents, yes or no indication of whether the document at issue contains handwritten notations, notes, or | |

24