IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER HOLMES et al., *on behalf
of themselves and all similarly situated persons*,
Plaintiffs,

v.                                                        Civil Action No. 3:22cv487

ELEPHANT INSURANCE COMPANY, et al.,
Defendants.

## ORDER

This matter comes before the Court on the parties' joint motion for entry of a protective

order. (ECF No. 47.) Upon due consideration and for good cause shown, the Court GRANTS the

motion, (ECF No. 47), and ENTERS the Stipulated Protective Order attached as **Appendix A**,

(ECF No. 47-1).

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 6 March 2026
Richmond, VA

_____ /s/ _____
John A. Gibney, Jr.
Senior United States District Judge