IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER HOLMES et al., *on behalf*
*of themselves and all similarly situated persons*,
        Plaintiffs,

v.                                     Civil Action No. 3:22cv487

ELEPHANT INSURANCE COMPANY, et al.,
        Defendants.

## ORDER

This matter comes before the Court on its own initiative. The Court MODIFIES the initial scheduling order in this case by setting a deadline of **April 21, 2026,** for the filing of any motions for class certification. All other deadlines set by the Court's initial scheduling order, (ECF No. 44), and by the Court's March 9, 2026, order, (ECF No. 51), remain in effect. Trial remains scheduled for July 15–21, 2026.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: <u>14 April 2026</u>
Richmond, VA

          /s/
John A. Gibney, Jr.
Senior United States District Judge
