IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER HOLMES et al., *on behalf of themselves and all similarly situated persons*,
Plaintiffs,

v. Civil Action No. 3:22cv487

ELEPHANT INSURANCE COMPANY, et al.,
Defendants.

**FINAL ORDER**

On May 13, 2026, the parties filed a joint stipulation of dismissal of all claims brought by the plaintiffs, with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 72.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 14 May 2026
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge